SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 5:13 mj 1489

FILED

MAY 08 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

IN RE: SEIZURE WARRANT FOR :
:
:
Blackberry Tablet :

## ORDER SEALING APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT

Upon motion of the United States, for good cause shown, and for the reasons and facts stated in the motion to seal it is hereby ORDERED that the above-referenced Application and Affidavit for Seizure Warrant, and all attachments, the Motion to Seal, and this Order filed therewith, be sealed by the Clerk except that certified copies be provided to the Office of the United States Attorney and/or the United States Secret Service upon request.

This the 8 day of May, 2013.

WILLIAM A. WEBB
United States Magistrate Judge