UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 5:13-MJ-1489

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE Blackberry Tablet S/N 1343-2246-9061 | **ORDER TO UNSEAL** |

Upon motion of the government, the previously requested Search Warrant and related documents, in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

March 21, 2014
DATE

*[signature]*
WILLIAM A. WEBB
United States Magistrate Judge